No. 78–5701.   RHEUARK v. TEXAS ET AL.   C. A. 5th Cir. Certiorari denied.

No. 78–5702.   FEARON v. SMITH, CORRECTIONAL SUPERINTENDENT.   C. A. 2d Cir.   Certiorari denied.

No. 78–5703.   BATES v. BRIERTON, WARDEN.   C. A. 7th Cir. Certiorari denied.

No. 78–5704.   VAN CRANEBROCK v. CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE.   C. A. 7th Cir.   Certiorari denied.

No. 78–5707.   HARDWICK v. BROOKS ET AL.   C. A. 5th Cir. Certiorari denied.

No. 78–5710.   JIMENEZ v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir.   Certiorari denied.

No. 78–5711.   LEWIS v. SOUTH CAROLINA.   Sup. Ct. S. C. Certiorari denied.

No. 78–5713.   GARCIA v. UNITED STATES; and
No. 78–5773.   COWEN v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.   Reported below: 580 F. 2d 827.

No. 78–5714.   NELSON v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 78–5716.   McCRORY v. KIRK, JUDGE.   Ct. Crim. App. Tex.   Certiorari denied.

No. 78–5719.   TURNER v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir.   Certiorari denied.

No. 78–5722.   KALITA v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 78–5729.   AKERBLOM v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.